IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr283-MHT** |
| | ) | **(WO)** |
| **ALICIA CHARELLE RILEY** | ) | |

### ORDER

Upon consideration of the probation officer's petition for early termination of supervised release (Doc. 371), and based on the defendant's compliance with all terms of supervised release, her completion of 20 months of her 36-month term, her "successful adjustment under supervision," *id.*, and the probation officer's representation that the government does not oppose the petition, it is ORDERED that:

(1) The petition is granted; and

(2) Defendant Alicia Charelle Riley's term of supervised release is terminated effective immediately and she is discharged.

DONE, this the 7th day of May, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**